# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re:<br><br>RICHARD J. SILVA<br><br>Debtor | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Chapter 7<br>Case No. 18-13128-MSH |
| PETER B. TROWT and BEVERLY STORAGE WAREHOUSE & TRAILER LEASING, INC.,<br><br>Plaintiffs<br><br>v.<br><br>RICHARD J. SILVA,<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Adversary Proceeding<br>No. 18-1168 |

## JUDGMENT

In accordance with the Order issued today, judgment is entered for the plaintiffs on all counts of the plaintiffs' complaint as follows:

Count I: Peter B. Trowt's claim against Richard J. Silva arising out of a judgment in the Essex County Superior Court, CA No. 2011-01279, is excepted from Mr. Silva's discharge pursuant to 11 U.S.C. § 523(a)(2).

Count II: Beverly Storage Warehouse & Trailer Leasing Inc.'s claim against Richard J. Silva arising out of a judgment in the Essex County Superior Court, CA No. 2011-01279, is excepted from Mr. Silva's discharge pursuant to 11 U.S.C. § 523(a)(2).

Count III: Beverly Storage Warehouse & Trailer Leasing Inc.'s claim against Richard J. Silva arising out of a judgment in the Essex County Superior Court, CA No. 2011-01279, is excepted from Mr. Silva's discharge pursuant to 11 U.S.C. § 523(a)(4).

Count IV: Peter B. Trowt's claim against Richard J. Silva arising out of a judgment in the Essex County Superior Court, CA No. 2011-01279, is excepted from Mr. Silva's discharge pursuant to 11 U.S.C. § 523(a)(4).

Dated this 15th day of February, 2019.

By the Court,

_____
Melvin S. Hoffman
U.S. Bankruptcy Judge